# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>NISREEN ASSAD IBRAHIM BAHAR<br><br>a/ka "Umm Sayyaf,"<br><br>Defendant(s) | )<br>)<br>) Case No. 1:16mj63<br>)<br>)<br>) |

FILED
FEB - 8 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 3, 2013 to May 16, 2015 in the extraterritorial jurisdiction of U.S. and in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| U.S.C Title 18 Section 2339B | Knowingly and intentionally combine, conspire, confederate, and agree to knowingly and unlawfully provide material support and resources to a foreign terrorist organization. |

This criminal complaint is based on these facts:
Please see the attached affidavit

✓ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Dennis M. Fitzpatrick

_____
Complainant's signature

FBI SA William H. Heaney
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/8/16

/s/
Michael S. Nachmanoff
United States Magistrate Judge
Judge's signature

City and state: _____

The Honorable Michael S. Nachmanoff
Printed name and title