# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ **Under Seal**

**Place of Offense:**

City:

County: Outside of US

Superseding Indictment:

Same Defendant:

Magistrate Judge Case No.: 1:16MJ63

Search Warrant Case No.:

**Judge Assigned:**

**Criminal No.:**

**New Defendant:** X

**Arraignment Date:**

**R. 20/R. 40 From:**

**Defendant Information:**

Defendant Name: NISREEN ASSAD IBRAHIM BAHAR    Alias(es): Umm Sayyaf    ☐ Juvenile  FBI No.

Address:

Employment:

Birth Date: 1990    SSN:    Sex: Female    Race:    Nationality:

Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter  Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): AUSA Dennis M. Fitzpatrick    Phone: 703-299-3700    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation Special Agent William H. Heaney (p) 703-686-6615

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | USC Title 18 Sec 2339B | Material support to terrorist organi... | 1 | Felony |
| Set 2: | | | | |

Date: 02/08/2016    AUSA Signature:    *may be continued on reverse*