# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-mj-63-MSN |
| | ) |
| NISREEN ASSAD IBRAHIM BAHAR, | ) |
| a/k/a "Umm Sayyaf," | ) |
| **Defendant.** | ) |

### NOTICE OF MOTION AND MOTION TO ENFORCE
### MOVANTS' RIGHTS UNDER THE CRIME VICTIMS' RIGHTS ACT

Pursuant to the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, Movants Mary Roe, Mary Roe II, Mary Roe III, Nasima Avdo Saleh, and Mary Roe VI (collectively, the "Movants") hereby request that the Court enter an order: (1) recognizing them as "crime victims" under the CVRA in the above-captioned litigation; and (2) requiring the Government to immediately give the victims all information necessary to effectuate their rights under the CVRA.

The Defendant directly participated in, or supported, the kidnaping, enslavement, rape, and/or physical and emotional abuse of the Movants, as part of the Islamic State of Iraq and the Levant ("ISIL")'s practice of enslaving Yazidi women and children. Because the Government has not kept the Movants apprised of basic information to which they are entitled under the CVRA, they now seek to enforce their CVRA rights and protections. The Movants' points and authorities are presented in the accompanying Memorandum and exhibits.

This Motion is made following the conference of counsel pursuant to Local Criminal Rule 47(E), which took place on April 16, 2021. Further pursuant to Local Criminal Rule 47(E), and the accompanying Notice of Hearing, the Movants respectfully request that oral argument be heard at 9:00 a.m. on Friday, May 14, 2021.

1

Dated: April 22, 2021      By: /s/ Katherine M. Davis

Katherine Maddox Davis (VSB 89104)
Cate Harding (*pro hac vice application forthcoming*)
Virginia Bar No. 89104
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
Phone: (202) 955-8587
Fax: (202) 831-6038
kdavis@gibsondunn.com
charding@gibsondunn.com

Zainab N. Ahmad
Charline O. Yim
Marryum A. Kahloon
    *Pro hac vice applications submitted herewith*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 351-2609
Fax: (212) 817-9500
zahmad@gibsondunn.com
cyim@gibsondunn.com
mkahloon@gibsondunn.com

Daniel McLaughlin
Elzbieta T. Matthews
Carmen K. Cheung
    *Pro hac vice applications submitted herewith*
Center for Justice & Accountability
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Phone: (415) 544-0444
Fax: (415) 544-0456
dmlaughlin@cja.org
ematthews@cja.org
ccheung@cja.org

Amal Clooney
    *Pro hac vice application submitted herewith*
53-54 Doughty Street
London, WC1N 2LS
UNITED KINGDOM
Phone: +4402074741313
lal@doughtystreet.co.uk

*Counsel for Movants Mary Roe, Mary Roe II, Mary Roe III, Nasima Avdo Saleh and Mary Roe VI*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, I submitted the foregoing notice with the Clerk of the Court via physical paper, as instructed. If my clients are permitted to appear in this case, and this filing is docketed, all registered parties will be notified via CM/ECF, which will serve true and correct copies on counsel of record.

*Katherine M. Davis*
Katherine Maddox Davis
Virginia Bar No. 89104
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
Phone: (202) 955-8587
Fax: (202) 831-6038
kdavis@gibsondunn.com