IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-mj-63-MSN |
| NISREEN ASSAD IBRAHIM BAHAR, | ) |
| a/k/a "Umm Sayyaf," | ) |
| **Defendant.** | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 14, 2021, at 9:00 a.m., or as soon thereafter as the undersigned may be heard, the Movants will present to the Court both the Unopposed Motion to Proceed Under Pseudonym and the Motion to Enforce Movants' Rights Under the Crime Victims' Rights Act.

Dated: April 22, 2021         By: /s/ Katherine M. Davis

Katherine Maddox Davis
Virginia Bar No. 89104
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 955-8587
Fax: (202) 831-6038
kdavis@gibsondunn.com

*Counsel for Movants Mary Roe, Mary Roe II, Mary Roe III, Nasima Avdo Saleh and Mary Roe VI*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I submitted the foregoing notice with the Clerk of the Court via physical paper, as instructed. If my clients are permitted to appear in this case, and this filing is docketed, all registered parties will be notified via CM/ECF, which will serve true and correct copies on counsel of record.

*Katherine M. Davis*

Katherine Maddox Davis
Virginia Bar No. 89104
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
Phone: (202) 955-8587
Fax: (202) 831-6038
kdavis@gibsondunn.com