IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>NISREEN ASSAD IBRAHIM BAHAR,<br>aka "Umm Sayyaf,"<br><br>*Defendant*. | No. 1:16-mj-63<br><br>Hon. Michael S. Nachmanoff |

## **ORDER**

Movants Mary Roe, Mary Roe II, Mary Roe III, Nasima Avdo Saleh, and Mary Roe VI have filed a motion to enforce rights under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771. *See* Dkt. 15. The motion was docketed and served on the Government through CM/ECF on April 27, 2021, and the Government filed a response on July 2, 2021. *See* Dkt. 30. Movants have now filed an unopposed motion seeking to extend the deadline for their reply to July 21, 2021.

Movants' motion to extend the deadline to file a reply is GRANTED.

It is hereby ORDERED that the following briefing schedule is set:

- Movants may file a reply, if any, no later than July 21, 2021.

Date: _____

                                                                                            Hon. Michael S. Nachmanoff
                                                                                            United States Magistrate Judge